

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00049-CR

Amanda Marie **MONTOYA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11671
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 4, 2024.

_____
Lori Massey Brissette, Justice